United States District Court
Southern District of Texas
**ENTERED**
April 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 4:15-cr-0566-01 |
| | § | |
| LEE ROY VILLARREAL | § | |

## ORDER

On this day I considered Defendant Lee Roy Villarreal's Motion For Transfer of Case to the McAllen Division (Docket # 88) as well as the Government's Response.

Based on a review of the Defendant's Motion and the Government's Response, I find the following:

1. That the Defendant failed to make a "strong showing of prejudice" against him if the trial in conducted in the Houston division; and

2. That since some conspiracy activities occurred in Houston, Texas, venue is proper in the Houston division.

IT IS THEREFORE ORDERED that Defendant Lee Roy Villarreal's Motion to Transfer Case to the McAllen Division is DENIED.

Signed on _April 6_____, 2017 at Houston, Texas.

_____
Melinda Harmon
UNITED STATES DISTRICT JUDGE