COUNTY OF WALLER        *

                                             *

STATE OF TEXAS            *

### AFFIDAVIT OF WARREN DIEPRAAM

       BEFORE ME, the Undersigned Notary Public, appeared a person identified to me as Warren Diepraam who reported as follows:

       "My name is Warren Diepraam. I work in Product Design and Sales for Document Logistix, a company that produces document management and discovery systems for law enforcement and prosecution. Document Logistix is based out of the United Kingdom but has offices in Austin, Texas. I am over 21 years of age and competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

       "I have done research into competitive products, and I am familiar with the standards in the document management and discovery software industry. The Document Logistix system, as well as most if not all competing systems I am familiar with, allow the administrators of the system to determine what items are being opened, what items are being viewed, when, how often, and how long those particular uploads are open. From these capabilities, administrators with program access may be able to infer what areas are of particular note to the viewer. By knowing what, when, how often and how long each document is viewed, the administrator can tell what the end users are looking for and focusing on.

       "Further I Sayeth Not."

_____
Warren Diepraam

SWORN AND SUBSCRIBED TO BEFORE ME on this the ___20th___ day of October, 2017.

_____
Notary Public in and for
the State of Texas



PEGGY SANDERS
Notary Public
STATE OF TEXAS
NOTARY ID# 1238154-9
My Comm. Exp. July 09, 2021