# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | & | |
| | & | |
| vs. | & | CRIMINAL NO. 4:15-CR-00566 |
| | & | |
| LEE ROY VILLARREAL | & | |

## DEFENDANT'S WITNESS LIST

LEE ROY VILLARREAL, Defendant, by and through counsel, Paul C. Looney, lists the following witnesses as defense witnesses subject to being called to testify at the Defendant's jury trial commencing November 12, 2019, presided over by Honorable Andrew S. Hanen, United States District Judge, Honorable Rhonda Hawkins, Deputy United States District Clerk, and prosecuted by Honorable Anibal Alaniz, Assistant U.S. Attorney for the Southern District of Texas, to wit:

| | | |
|---|---|---|
| Ruben Oyervides<br>6373 East U.S. Hwy 83<br>Rio Grande City, Tx. 78582<br>(956) 487-6232 | Roel Oyervides<br>6373 East U.S. Hwy 83<br>Rio Grande City, Tx. 78582<br>(956) 487-6232 | Sgt. Jose Beltran<br>509 S. Alton Blvd.<br>Alton, Tx. 78573<br>(956) 432-0700 |
| Richard Guerra<br>12203 West 7 Mile Line<br>Mission, Tx. 78573<br>(956) 960-6737 | S.A. Nathan Husak<br>5740 University Heights<br>San Antonio, Tx. 78249<br>(210) 225-6741 | S.A. James Moody<br>1200 N. McColl<br>McAllen, Tx. 78501<br>(956) 984-6300 |
| S.A. Christopher Lee<br>1200 N. McColl Rd.<br>McAllen, Tx. 78501<br>(956) 984-6300 | Lt. Alfredo Barrera, Jr.<br>901 N. Airport Drive<br>Weslaco, Tx. 78596<br>(956) 968-8591 | S.A. R.T. Sanchez<br>10127 Morocco #200<br>San Antonio, Tx. 78216<br>(210) 442-5600 |

Gerardo Villarreal
Reg. No. 04734-379
F.D.C. Houston
1200 Texas Ave.
Houston, Tx. 77002

Jose Antonio Armendariz
Reg. No. 27078-279
U.S.P. Tucson
9300 S. Wilmont St.
Tucson, Az. 85756

Jose Davila
Reg.No.47124-379
F.D.C. Houston
1200 Texas Ave.
Houston,Tx.77002

Hector Gabriel Barrios
Hernandez#37427-379
F.D.C. Houston
1200 Texas Ave.
Houston, Tx. 77002

Orlando Hernandez
Reg. No. 47122-379
F.D.C. Houston
1200 Texas Ave.
Houston, Tx. 77002

Martha Elizondo
Reg.No.99119-379
F.C.I. Hazelton
1640 Sky View
Bruceton Mills,
W.Va. 26525

WITNESSES NOT IN F.B.O.P. OR TDCJ-ID CUSTODY:

Roel Garza, aka Roel
Reg. No. 89759-379

Jesus Fernando Gonzalez
aka "Barney"

Arturo Armendariz
aka "Manelo"

Felipe Angel Guerra

Gerardo Olivarez aka "Lin"

Jose Guadalupe
Garza-Ochoa aka
"Lupe"

Julio Cesar Perez-Rodriguez
Reg. No. 62025-380
Reg. No. 47024-379
aka "Brema" RELEASED
10/21/2014

Francisco Licea Guerrero

Lauro Rocha Hernandez

CHARACTER / IMPEACHMENT WITNESSES:

Kimberley Alaniz
300 W. Expressway 83
Mission, Tx. 78572
(956) 844-3472

Romero Benavides
300 W. Expressway 83
Mission, Tx. 78572
(956)821-7746

Eric Brotherton
300 W. Expressway 83
Mission, Tx.78572
(956) 578-2872

Judge Alex Cantu
300 W. Expressway 83
Mission, Tx. 78572
(956) 867-3650

Dr. Jose Manuel Garcia
300 W. Expressway 83
Mission, Tx. 78572
(956) 451-1195

Juan Garcia
300 W.Expressway 83
Mission, Tx.78572
(956) 432-9921

| | | |
|---|---|---|
| Eden Perez<br>300 W. Expressway 83<br>Mission, Tx. 78572<br>(956) 844-6073 | Rick Ford<br>300 W. Expressway 83<br>Mission, Tx. 78572<br>(281)960-3555 | Osbaldo Vela<br>300 W. Expressway 83<br>Mission, Tx.78572<br>(956) 578-2872 |
| Michael Villarreal (17)<br>300 W. Interstate 2<br>Mission, Texas 78572 | Darcie Garza<br>300 W. Interstate 2<br>Mission, Texas 78572 | Felix Monreal<br>300 W. Interstate 2<br>Mission, Texas 78572 |
| Marcelo Monreal<br>300 W. Interstate 2<br>Mission, Texas 78572 | | |

Respectfully submitted,

*Paul C. Looney*
Paul C. Looney
LOONEY & CONRAD, PC
TBA # 12555900
11767 Katy Freeway, Suite 740
Houston, Texas 77079
(281) 597-8818 (Office)
(281) 597-8284 (Telefax)
pclooney@msn.com

### Proof of Service

I, Paul C. Looney, certify that a copy of this document was duly served upon opposing counsel, Assistant U.S. Attorney Anibal Alaniz, via email at the time the original was e-filed with the Clerk of this Court.

*Paul C. Looney*
Paul C. Looney
COUNSEL FOR DEFENDANT