United States District Court
Southern District of Texas
**ENTERED**
December 20, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | CRIMINAL ACTION NO. 4:15-CR-566-1 |
| | § § | |
| LEE ROY VILLARREAL | § | |

### ORDER APPOINTING CONFLICT COUNSEL

The Court has determined that it has become necessary to appoint conflict counsel. Accordingly, the Court hereby **APPOINTS** Neal Davis as conflict counsel in this case. This appointment shall remain in effect until terminated or a substitute attorney is appointed. Mr. Davis shall be reimbursed his time and expenses as determined by the Criminal Justice Act (CJA).

SIGNED at Houston, Texas, this ___19th___ day of December 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE