UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | Criminal No. 4:15-cr-0566-S1 |
| § | |
| LEE ROY VILLARREAL § | |

**UNOPPOSED
GOVERNMENT'S MOTION TO DISMISS
COUNT FOUR OF THE FIRST SUPERSEDING INDICTMENT**

The United States of America ("Government") files this motion to dismiss court four of the first superseding indictment:

I.

On November 21, 2019, a grand jury returned the first superseding indictment charging Lee Roy Villarreal ("Villarreal") in count four with using, carrying and brandishing a firearm during a crime of violence, that is, kidnapping, in violation of Title 18, United States Code, § 924(c).

II.

The Supreme Court in Davis v. United States, 139 S. Ct. 2319, 204 L. Ed 2d 757 (2019) held that kidnapping is not a crime of violence under Title 18, United States Code, § 924(c)(3)(b). Therefore, kidnapping cannot be a predicate offense for a charge under Title 18, United States Code, § 924(c).

III.

The Government therefore moves for the Court to dismiss count four of the 1st superseding indictment.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

**s/ *Anibal J. Alaniz***
Anibal J. Alaniz
Assistant United States Attorney
Texas Bar No. 00966600
Federal I.D. No. 12590
1000 Louisiana
Suite 2300
Houston, Texas 77002

**s/ *Casey N. MacDonald***
Casey N. MacDonald
Assistant United States Attorney
New Jersey State Bar No. 043362000
Federal Bar No. 915752
1000 Louisiana
Suite 2300
Houston, TX 77002
713-567-9000 (office)
713-567-9798 (direct)

## CERTIFICATE OF CONFERENCE

On January 7, 2021, the Government conferred with counsel for the defendant and the defendant is unopposed to this motion.

**s/ *Anibal J. Alaniz***
Anibal J. Alaniz
Assistant United States Attorney

**s/ *Casey N. MacDonald***
Casey N. MacDonald
Assistant United States Attorney

## CERTIFICATE OF SERVICE

On January 8, 2021, the Government filed this motion via ECF and served counsel of record.

*s/ Anibal J. Alaniz*
Anibal J. Alaniz
Assistant United States Attorney

*s/ Casey N. MacDonald*
Casey N. MacDonald
Assistant United States Attorney