IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CAUSE NO. 4:15-CR-00566 |
| LEE ROY VILLARREAL | § § § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Angelica Cogliano, Attorney of Law, and files this Notice of Appearance of Additional Counsel on behalf of Defendant, Lee Roy Villarreal, in the above-styled case.

I, Angelica Cogliano, certify that I am an attorney in good standing with the State Bar of Texas and that I am admitted to practice before this Court.

    Respectfully submitted,
    /s/ Angelica Cogliano
    Angelica Cogliano
    Attorney for Defendant
    SBN: 24101635
    Law Office of E. G. Morris
    2202 Lake Austin Blvd.
    Austin, Texas 78703
    Phone (512) 478-0758
    Fax (877) 497-8347
    Email aac@egmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2021, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court, using the CM/ECF System which will transmit notification of such filing to all counsel of record.

/s/ Angelica Cogliano
Angelica Cogliano