IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CAUSE NO. 4:15-CR-00566 |
| LEE ROY VILLARREAL | § § § | |

## ORDER ON MOTION FOR DISCOVRY

The foregoing Motion for Discovery, having been presented to the Court on this the _____ day of _____, 2021, the Court finds that same should be:

**GRANTED** as to the matters in paragraph numbers _____.

**DENIED**, as to the matters in paragraph numbers _____

SIGNED on this the _____ day of _____, 2021.

_____
United States District Judge