UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.  4:15-cr-0566-S1 |
| | § | |
| LEE ROY VILLARREAL | § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States ("Government') requests this writ of habeas corpus ad testificandum for

Victor ROMERO ("ROMERO"), DOB: 11-19-1989, SO #1163012 and FBI #514298XB7.

1. ROMERO is in the custody of the J.E. "Eddie" Guerra, Sheriff of Hidalgo County, Texas located at 711 El Cibolo Road, Edinburg, Texas.

2. ROMERO will be necessary and relevant witness in the above-reference case that is pending before United States District Judge Andrew S. Hanen.

3. The Government requests that J.E. "Eddie" Guerra, Sheriff of Hidalgo County, Texas release ROMERO to the custody of the United States Marshal for transportation to the Southern District of Texas, Houston Division.

Respectfully submitted,

JENNIFER B. LOWERY
Acting United States Attorney

*/s Anibal J. Alaniz*
Anibal J. Alaniz
Assistant United States Attorney
Texas State Bar No. 00966600
Federal ID No. 12590
1000 Louisiana
Suite 2300
Houston, Texas 77002
713-567-9000 (office)
712-567-9487 (direct)