UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:15-CR-566-1 |
| | § | |
| LEE ROY VILLARREAL | § | |

## ORDER

Hidden in Defendant's requested *voir dire* question is a request to conduct *voir dire*. Counsel should have addressed this with the Court at the last hearing. Nevertheless, the Court hereby grants the request. Both sides are hereby granted fifteen minutes each for *voir dire*, as long as the questions are not argumentative or redundant. Given the granting of this request, the Court will be circumspect as to whom it will allow questioning outside the presence of the other jurors.

SIGNED at Houston, Texas, this 15th day of June 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE