**JUROR QUESTIONNAIRE**     Juror Number: _____

1. Name: _____

2. What are your feelings in general about the criminal justice system? _____
_____
_____

3. Do you have any moral, religious, or personal beliefs that would prevent you from sitting in judgment of another human being? [  ] Yes  [  ] No   If yes, please explain: _____

4. Have you, a close friend or family member ever been the victim of or witness to a crime? [  ] Yes  [  ] No   If yes, please explain: _____

5. Would this contact with the criminal justice system cause you to favor either side in a criminal case? [  ] Yes  [  ] No.   If yes, please explain: _____
_____

6. What comes to mind when you think of the following:
    1) Police Officers: _____
    2) Prosecutors: _____
    3) Defense Lawyers: _____

7. Circle the statement that best describes your opinion on how the criminal justice system functions:
    a. "The system treats people too harshly"           c. "The system treats people about right"
    b. "The system does not treat people harsh enough"   d. "The system is too lenient"

Please explain: _____
_____

8. Please list three prominent people (other than friends or relatives, etc.) that you most admire:
    1) _____
    2) _____
    3) _____

9. Please list three prominent people (other than friends or relatives, etc.) that you least admire:
    1) _____
    2) _____
    3) _____

10. Please rate the extent to which you agree or disagree with each of the following statements from 1-5 according to the following scale:

|  1             |  2    |  3      |  4       |  5                |
| -------------- | ----- | ------- | -------- | ----------------- |
| Strongly agree | Agree | Neutral | Disagree | Strongly Disagree |

   a. **I support defunding the police:**     1     2     3     4     5
      Explain: _____
      _____

   b. **The war on drugs is a priority:**     1     2     3     4     5
      Explain: _____
      _____

    c. **People who believe in conspiracy theories are independent thinkers and deserve to be heard:**   1   2   3   4   5
    Explain: _____
_____

    a. **An individual who is charged with a serious crime probably did something wrong – where there is smoke, there is fire:**   1   2   3   4   5
    Explain: _____
_____

11. Have you, a close friend, or family member been employed by a law enforcement agency? If so, what agency, and how would that impact your decision as a juror on a drug related case?   [ ] Yes   [ ] No
_____
_____

12. Have you, a close friend, or family member battled drug addiction? If so, how would that impact your decision as a juror on a drug related case?   [ ] Yes   [ ] No
_____
_____

13. What is your opinion on the current state of immigration in the United States of America?
_____
_____

14. Do you speak Spanish? [ ] Yes   [ ] No
If yes, would you be able to set aside your interpretation of exhibits or testimony in Spanish and rely only on the interpreter, even if you disagree with their translation? [ ] Yes   [ ] No

15. The Defendant is charged with conspiracy to possess with intent to distribute controlled substances, conspiracy to kidnap and kidnapping. Is there anything about the nature of these charges that would make it hard for you sit as juror in this case?   _____
_____

16. Do you feel that you could never believe the testimony of a cooperating defendant under any circumstance due to the sole fact that the witness was a cooperating defendant? [ ] Yes   [ ] No

17. Once a person has joined a criminal conspiracy, that person is responsible for the actions all other members of the conspiracy commit in furtherance of the conspiracy, even if the person does not commit such acts himself, so long as those acts were reasonably foreseeable.  Would you be unable to follow the law on this issue? [ ] Yes   [ ] No

18. Is there anything else you feel might affect your ability to be unbiased in this case? [ ] Yes   [ ] No
  If yes, please explain:   _____
_____

**I DECLARE UNDER PENALTY OF PERJURY THAT ALL OF MY ANSWERS IN THIS QUESTIONNAIRE ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF MY KNOWLEDGE.**

 

                                                                   _____
                                                                            Signature