# TRANSCRIPT ORDER

**AO 435 (Rev. 04/18)**
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE:

| # | Field | Value |
|---|---|---|
| 1 | NAME | Casey MacDonald, Assistant United States Attorney |
| 2 | PHONE NUMBER | (713) 567-9798 |
| 3 | DATE | 6/28/2022 |
| 4 | DELIVERY ADDRESS OR EMAIL | casey.macdonald@usdoj.gov |
| 5 | CITY | Houston |
| 6 | STATE | Texas |
| 7 | ZIP CODE | 77088 |
| 8 | CASE NUMBER | 4:15-cr-0566 |
| 9 | JUDGE | 4:15-cr-0566 Judge Hanen |
| 10 | FROM | 6/13/2022 |
| 11 | TO | 6/14/2022 |
| 12 | CASE NAME | U.S. v. Lee Roy Villarreal |
| 13 | CITY | Houston |
| 14 | STATE | Texas |

**15. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | Dionicio Gutierrez | 6/13/22 |
| [ ] OPENING STATEMENT (Defendant) | | Juan Sanez-Tamez | 6/13/22 |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Testimony | |
| [ ] SENTENCING | | Hector Barrios-Hernandez | 6/13/22-6/14/22 |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**ESTIMATE TOTAL: 0.00**

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**18. SIGNATURE:** *Casey MacDonald*
**19. DATE:** 6/28/2022

**PROCESSED BY:**
**PHONE NUMBER:**

**TRANSCRIPT TO BE PREPARED BY:** Court Reporter: L. Smith/K. Miller

**COURT ADDRESS:**

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY