# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CAUSE NO. 4:15-CR-00566 |
| § | |
| LEE ROY VILLARREAL § | |

## MOTION FOR JUDGMENT OF ACQUITTAL
## PURSUANT TO RULE 29 F.R.Cr.P

**TO THE HONORABLE ANDREW HANEN:**

NOW COMES Lee Roy Villarreal, Defendant, and moves, pursuant to Rule 29, F.R.Cr.P., for judgment of acquittal in this case as to Count One of the Indictment, notwithstanding the jury verdict of guilty, and would show:

1. The jury verdict of guilty on count one of the indictment occurred on June 23, 2022. In accordance with Rule 29 F.R.Cr.P., this motion is filed within 14 days of the verdict.

2. Defendant moves for judgment of acquittal on the basis that the evidence presented at trial was legally insufficient to allow a rational jury to find the defendant guilty beyond a reasonable doubt. *United States v. Barlow*, 568 F.3d 215, 219 (5th Cir. 2009).

WHEREFORE, the defendant prays that the court enter a judgment of acquittal on Count I of the indictment.

Respectfully submitted,

/s/ E. G. Morris
E. G. Morris
Attorney for Defendant
SBN: 14477700
Law Office of E. G. Morris
2202 Lake Austin Blvd.
Austin, Texas 78703
Phone (512) 478-0758
Fax (877) 497-8347
Email egm@egmlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the July 6, 2022, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court, using the CM/ECF System which will transmit notification of such filing to all counsel of record.

/s/ E. G. Morris
E. G. Morris

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CAUSE NO. 4:15-CR-00566 |
| LEE ROY VILLARREAL | § § § | |

**ORDER**

Before the court is Defendant Lee Roy Villarreal's Motion for Judgment of Acquittal Pursuant to Rule 29 F.R.Cr.P. The Court hereby GRANTS/DENIES the motion

Signed this \_\_\_\_ of July, 2022.

_____

Hon. Andrew S. Hanen