UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

APR 08 2024

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA,

Plaintiff,

v.

Lee Roy, Villarreal

_____,

Defendant.

Case No. 4:15-CR-566-1

Hon. Andrew S. Hanen

## Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2)
### (Guideline Amendment No. 821)

I hereby request a modification or reduction of my sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the United States Sentencing Guidelines. First, Amendment 821 decreases "Status Points" by one point for defendants with seven or more criminal history points and eliminated "Status Points" for defendants with six or fewer criminal history points. "Status Points" are those points that were applied under then-United States Sentencing Guideline (U.S.S.G.) § 4A1.1(d) if the defendant committed his or her federal offense while on probation, parole, supervised release, imprisonment, work release, or escape status. Second, Amendment 821 provides for a decrease of two offense levels for "Zero-Point Offenders" (no criminal history points), whose offense did not involve specific aggravating factors. The change is retroactive as of November 1, 2023, and has an effective date of February 1, 2024.

In support of this motion, I state as follows:

1. I am serving a term of imprisonment.

2. My presentence report:

    ☐ included "Status Points" in the calculation of my criminal history score under then-U.S.S.G. §4A1.1(d).

☒ scored me as having zero criminal history points.

3. I was sentenced in the Southern District of Texas on 3-20-23 (date) to a term of 180 months in prison. My total offense level was 38 or 35 and my criminal history category was 1.

4. My projected release date is 3/20/2035. I understand that the Amendment does not authorize release of any defendant before February 1, 2024.

5. ☒ I hereby request a court-appointed attorney. In support of my request, I have completed the enclosed Financial Affidavit. (Note: appointment of counsel is discretionary with the Court.)

WITH THE EXCEPTION OF THE FINANCIAL AFFIDAVIT, PLEASE DO NOT SUBMIT OR ATTACH ANY OTHER MATERIALS AT THIS TIME OR YOUR MOTION WILL BE REJECTED AND RETURNED.

Signature of Petitioner: _____  Date: April 4, 2024

Print or Type Name: Lee Roy, Villarreal  Register #: 73200-112

Current Address: P.O. BOX 5000 FCI1 OAKDALE, OAKDALE, LOUISIANA 71463.

Lee ROY Villarreal
REG. NO. 73200-112
FCI1 OAKDALE
OAKDALE LOUISIANA 71463

SHREVEPORT LA 710
5 APR 2024 PM 1 L

United States Courts
Southern District of Texas
FILED
APR 08 2024

TO THE CLERK OF THE COURT
UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF TEXAS
Bob Casey U.S. Courthouse
515 Rusk ST. RM. 5300
Houston, Texas 77002-2600

77002-260725