United States Courts
Southern District of Texas
FILED
December 26, 2024
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

Certified as a true copy and issued as the mandate on Dec 26, 2024
Attest: Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 3, 2024
Lyle W. Cayce
Clerk

No. 23-20144

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

LEE ROY VILLARREAL,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CR-566-1

---

Before HO, ENGELHARDT, and DOUGLAS, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

No. 23-20144

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

## *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 26, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

       No. 23-20144    USA v. Villarreal
                            USDC No. 4:15-CR-566-1

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Shea E. Pertuit, Deputy Clerk
                              504-310-7666

cc:
      Mr. Brent David Chapell
      Ms. Carmen Castillo Mitchell
      Mr. Christopher Sully